UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



VERNON LEE ROBERTS, #1157148,

    Petitioner,

v.                    ACTION NO. 2:15cv356

HAROLD CLARKE, Director,
Virginia Department of Corrections,

    Respondent.

### FINAL ORDER

    This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2254. The petition alleges violation of petitioner's constitutional rights pertaining to his conviction in the Chesapeake Circuit Court in 2013 for possession with intent to distribute marijuana. As a result of the conviction, petitioner was sentenced to serve ten years in prison with five years suspended, leaving an active total time to serve of five years.

    The petition was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. The Magistrate Judge's Report and Recommendation filed March 2, 2016, recommends dismissal of the petition with prejudice. The Report and Recommendation advised Petitioner of his right to object and the time limit for doing so. The Court has received no

objections, and the time for filing objections has now expired.

Accordingly, the Court does hereby accept the findings and recommendations set forth in the Report and Recommendation filed March 2, 2016, and it is therefore ORDERED that respondent's Motion to Dismiss be GRANTED, and that the petition be DENIED and DISMISSED with prejudice.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a <u>written</u> notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty (30) days from the date of entry of such judgment.

Petitioner has failed to demonstrate a substantial showing of the denial of a constitutional right, therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. <u>See</u> <u>Miller-El v. Cockrell</u>, 123 S.Ct. 1029, 1039 (2003).

The Clerk shall mail a copy of this Final Order to petitioner and provide an electronic copy of the Final order to counsel of record for respondent.

/s/ MSD
MARK S. DAVIS
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
April 11, 2016